IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JAMES R. BOSTAIN AND
ALLINE M. DOVE                                                                                         PLAINTIFFS

V.                                                               CIVIL ACTION NO. 2:04CV256-B-A

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA D/B/A
ASSURANT GROUP                                                                                     DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **GRANTED**, and this case is **dismissed with prejudice**.

This, the 22nd day of August, 2006.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**